# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONNSERO, | CASE NO. 1:09-CV-01975-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY COURT ORDER |
| v. | |
| JAMES YATES, et al., | (Doc. 9) |
| Defendants. | RESPONSE DUE WITHIN EIGHTEEN DAYS |

Plaintiff Michael Connsero ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on August 24, 2009. Doc. 1. On September 21, 2010, the Court screened Plaintiff's complaint and required Plaintiff either to file an amended complaint, or notify the Court of his willingness to proceed only on cognizable claims, within thirty days Doc. 9. More than thirty days have passed, and Plaintiff has not responded or otherwise complied with the Court's order.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause why this action should not be dismissed for failure to obey a court order and failure to state a claim, within eighteen (18) days from the date of service of this order. Failure to timely respond or to show cause will result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

Dated: __March 22, 2011__        _____/s/ Dennis L. Beck_____
                                  UNITED STATES MAGISTRATE JUDGE

1